JS-6

GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265
Electronic Service: eservice@g3pmlaw.com
Attorney: Matthew M. Proudfoot, SBN: 155988

Attorney for Defendant, FCA US LLC

BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles CA 90064
Telephone: (310) 684-5859
Facsimile: (310) 862-4539
Attorney: David Barry, Esq., SBN: 219230

Attorneys for Plaintiff, JULIANNE PEARSON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANNE PEARSON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive <br><br> Defendants. | Case No: EDCV 21-2161-GW-MRWx <br> Dist. Judge: George H. Wu <br> Mag. Judge: Michael R. Wilner <br> Courtroom: 9D <br><br> **ORDER** |

The Joint Stipulation for Dismissal is approved. The entire action, including all claims stated herein against all parties, are hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Date: April 27, 2022

_____
HON. GEORGE H. WU,
United States District Judge

1